IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


ADEKUNLE BABATUNDE OJELADE,
    Plaintiff,

vs.                              Case No: 5:06cv206/RS/EMT

WILLIAM BUSTER COLEMAN, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this action on October 3, 2006 by filing a civil complaint pursuant to 42 U.S.C. §§ 12112–12117, the Americans with Disabilities Act (Doc. 1).  The filing fee has been paid, but to date, process has not been served on any Defendant.  This cause is now before the court upon Plaintiff's "Motion to Tender Statement of the Case by Legal Review of Merits" (Doc. 5), which the court will construe as a motion for judgment on the pleadings.

    Rule 12(c) of the Federal Rules of Civil Procedure provides:

> After the pleadings are closed but within such time as not to delay the trial, any party may more for judgment on the pleadings.  If, on a motion for judgment on the pleadings, matters outside the pleadings are presented to and not excluded by the court, the motion shall be treated as one for summary judgment and disposed of as provided in Rule 56, and all parties shall be given reasonable opportunity to present all material made pertinent to such a motion by Rule 56.

Plaintiff's motion for judgment on the pleadings cannot be granted at this time because the pleadings have not closed.  Specifically, no Defendant has been served with process and thus no Defendant has filed an answer.

    Accordingly, it is respectfully **RECOMMENDED**:

That Plaintiff's Motion to Tender Statement of the Case by Legal Review of Merits, construed as a motion for judgment on the pleadings (Doc. 5), be **DENIED**.

At Pensacola, Florida, this 10th day of April 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M.  TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* **28 U.S.C. § 636;** <u>United States v. Roberts</u>, **858 F.2d 698, 701 (11th Cir. 1988)**.