IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ADEKUNLE B. OJELADE,

      Plaintiff,

vs.                                         CASE NO. 5:06cv206/RS

WILLIAM BUSTER COLEMAN and
CHILDREN'S HOME SOCIETY,

      Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 9). Plaintiff has not filed objections.

**IT IS ORDERED**:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Plaintiff's Motion To Tender Statement Of The Case By Legal Review Of Merits (Doc. 5) is **denied**.

ORDERED on May 10, 2007.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**