IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ADEKUNLE BABATUNDE OJELADE,

      Plaintiff,

vs.                                              CASE NO. 5:06cv206/RS

WILLIAM BUSTER COLEMAN, et al,

      Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 17). I have reviewed Plaintiff's Motion To Object To Dismissal Of Suit On Basis Of Failure To Serve Summons And Reinstatement Of Prior Motions (Doc. 18), which I treat as objections, *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice because of Plaintiff's failure to comply with an order of the court and Fed. R. Civ. P. 4(m).

3. All pending motions are denied as moot.

4. The clerk is directed to close the file.

ORDERED on May 25, 2007.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**